R:\13598.0001\pleadings\mtns&ords\mtn exped disc.docx

CAUSE NO. 2014-CI-18038

| | | |
|---|---|---|
| STEPHEN KRAFT INDIVIDUALLY AND | § | IN THE DISTRICT COURT OF |
| AS A MEMBER ON BEHALF OF | § | |
| GRUPO HABANERO, LLC | § | |
|     Plaintiffs | § | |
| | § | |
| VS. | § | 225th JUDICIAL DISTRICT |
| | § | |
| GARY HODGE AND ROBERT HART III | § | |
| Defendants | § | BEXAR COUNTY, TEXAS |

## PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

NOW COMES STEPHEN KRAFT, Individually and as a member on behalf of GRUPO HABANERO, LLC ("Plaintiffs") and files this their Motion for Expedited Discovery and would show unto the court as follows:

### I.

Plaintiffs have filed suit against the Defendants GARY HODGE and ROBERT HART III for breach of the employment contract of Stephen Kraft and breach of their fiduciary duties to Grupo Habanero LLC in taking actions to freeze out a minority member by oppressive conduct, including refusing Plaintiff Stephen Kraft access to the financial documents of the company, to which he is entitled by law.

### II.

Defendants have recently filed a Motion to Abate and Compel Arbitration in this case based upon section 3.4(e) of the employment agreement with Plaintiff Stephen Kraft. See "Exhibit A" to Plaintiffs' Original Petition. Forgetting for the moment that the arbitration clause is very narrow, and Plaintiffs' claims for breach of contract and breach of fiduciary duty are well outside its scope, its' application is entirely dependent on a set of circumstances that never occurred.

In order to be effective, Defendants must first have properly exercised the repurchase option by providing notice and closing the sale within thirty (30) days of the termination of Plaintiff Stephen Kraft's employment. Notice could only have been given by serving the exercise of the option in writing either personally to Plaintiff Stephen Kraft or by sending the notice U.S. certified mail return receipt requested to Plaintiff Stephen Kraft's correct address, neither of which occurred. See "Exhibit A" to Plaintiffs' Original Petition section 6.1. As Defendants are claiming that they did properly serve notice, Plaintiffs need to conduct discovery on this crucial issue prior to any evidentiary hearing on the Defendants' Motion to Compel Arbitration, including written discovery and taking the depositions of the Defendants. As Defendants have indicated that they intend to set their Motion to Compel Arbitration before any discovery has been conducted, Plaintiffs would ask that the court modify the discovery rules under TEX. R. OF CIV. PRO. 191, to require that Defendants answer Plaintiffs' discovery requests attached hereto as "Exhibit A" within 14 days and at least three days prior to any evidentiary hearing on Defendants' Motion To Compel Arbitration. In the alternative, Plaintiffs request that the Motion to Compel Arbitration not be set until Plaintiffs' discovery has been answered in the normal course of time and Plaintiffs and Defendants have agreed upon a setting date.

## III.

WHEREFORE PREMISES CONSIDERED Plaintiffs STEPHEN KRAFT, Individually and as a member on behalf of GRUPO HABANERO, LLC pray that this court grant their motion for expedited discovery and require that Defendants answer Plaintiffs' discovery requests attached hereto as "Exhibit A" within 14 days of the Court's order and at least ten days prior to any evidentiary hearing on Defendants' Motion to Compel Arbitration. In the alternative Plaintiffs pray that Defendants' Motion to Compel Arbitration not be set until Plaintiffs' discovery has been

answered in the normal course of time and Plaintiffs and Defendants have agreed upon a setting date and for such other further relief to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

**ESPEY & ASSOCIATES, PC**
13750 San Pedro Avenue, Suite 730
San Antonio, Texas  78232
Telephone:     (210) 404-0333
Telecopier:     (210) 404-0336

By: _____
   RICHARD W. ESPEY
   State Bar No. 06667580
   respey@lawespey.com
   MATTHEW B. SOLIDAY
   State Bar No. 24079367
   msoliday@lawespey.com

ATTORNEYS FOR PLAINTIFFS, STEPHEN KRAFT, INDIVIDUALLY AND AS A MEMBER ON BEHALF OF GRUPO HABANERO, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on December 8, 2014, on the following counsel of record:

Roderick J. 'Rod' Regan
Branscomb | PC
711 Navarro, Suite 500
San Antonio TX 78401-0036
210.598.5405 Facsimile
*Attorneys for Defendants*

_____
RICHARD W. ESPEY
MATTHEW B. SOLIDAY